**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Carl D. Sederholm v. Michelle Neville and the Office of the Attorney
                          General of Texas

Appellate case number:   01-12-00215-CV

Trial court case number:  0567982

Trial court:             309th District Court of Harris County


    It is ORDERED that the motion for rehearing is denied.


Judge's signature: /s/ Laura C. Higley
                         Acting for the Court


Panel consist of Chief Justice Radack and Justices Higley and Brown


Date:  July 8, 2014